MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00800 PJH |
|    Plaintiff, ) ) | STIPULATED REQUEST TO ADVANCE HEARING DATE TO NOVEMBER 19, 2012 |
| v. ) | |
| HARRY SHEPHERD LEWIS, JR., ) | Date: November 21, 2012<br>Time: 9:30 a.m. |
|    Defendant. ) ) | Court: Hon. Donna M. Ryu |

     The above-captioned matter is set on November 21, 2012 at 9:30 a.m. before this Court for an arraignment. The parties request that this matter be advanced to November 19, 2012 for the same purpose.

DATED: November 15, 2012


_____/s/_____
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

_____/s/_____
MICHAEL P. THORMAN
Counsel for Defendant

STIP. REQ. TO ADVANCE HEARING DATE TO NOVEMBER 19, 2012
No. CR-12-00800 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00800 PJH |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO ADVANCE HEARING DATE TO NOVEMBER 19, 2012 |
| v. | ) ) | |
| HARRY SHEPHERD LEWIS, JR., | ) ) | Date: November 21, 2012 |
| Defendant. | ) ) | Time: 9:30 a.m. Court: Hon. Donna M. Ryu |
| | ) | |

The above-captioned matter is set on November 21, 2012 at 9:30 a.m. before this Court for arraignment. The parties request that this matter be advanced to November 19, 2012 for the same purpose.

**IT IS HEREBY ORDERED** that the hearing in this matter is advanced from November 21, 2012 to November 19, 2012 at 9:30 a.m.

DATED: 11/16/12

HON. KANDIS A. WESTMORE
United States Magistrate Judge